United States District Court

Eastern District of California

Kevin L. Fuqua,

       Plaintiff,                    No. Civ. S 00-1319 LKK PAN P

   vs.                             Findings and Recommendations

Robert Presely, et al.,

       Defendants.

-oOo-

    December 23, 2004, the court ordered plaintiff to show cause why claims against defendant Salmen should not be dismissed for failure timely to serve him with process. Plaintiff did not respond.

    Accordingly, the court hereby recommends claims against defendant Salmen be dismissed. Fed. R. Civ. P. 4(m).

    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be

filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  July 12, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge